NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUNOCO PARTNERS MARKETING & TERMINALS L.P.,**
*Plaintiff-Appellant*

**v.**

**U.S. VENTURE, INC.,**
*Defendant-Appellee*

---

2022-1899

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:19-cv-01145, Senior Judge Simeon Timothy Lake, III.

---

**ON STIPULATION**

---

## O R D E R

The parties file a stipulation to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

2          SUNOCO PARTNERS MARKETING & TERMINALS L.P. v.
                                    U.S. VENTURE, INC.

The appeal is dismissed as stipulated.

FOR THE COURT

December 4, 2023                    Jarrett B. Perlow
        Date                          Clerk of Court

ISSUED AS A MANDATE: December 4, 2023